IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PROFESSIONAL PROJECT SERVICES, INC. | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| LEIDOS INTEGRATED TECHNOLOGY, LLC | ) |
| and | ) |
| HANFORD MISSION INTEGRATION SOLUTIONS, LLC, | ) |
| Defendants. | ) |

**PLAINTIFF'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, Plaintiff Professional Project Services, Inc. states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ *Daniel E. Johnson*
Daniel E. Johnson Va. Bar No. 88696
Evan R. Sherwood Va. Bar No. 89564
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001
Phone:  202-662-5224
Fax:  202-778-5224
Email:
    dejohnson@cov.com
    esherwood@cov.com
Counsel for Plaintiff

November 12, 2020