IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PROFESSIONAL PROJECT SERVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> LEIDOS INTEGRATED TECHNOLOGY, LLC <br><br> and <br><br> HANFORD MISSION INTEGRATION SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:20-cv-01360-CMH-MSN |

**RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants Leidos Integrated Technology, LLC and Hanford Mission Integration Solutions, LLC, in the above-captioned action, certifies the following:

Leidos Integrated Technology, LLC is, through one or more intermediaries, a wholly-owned subsidiary of Leidos Holdings, Inc., which is a publicly held corporation and whose common shares are traded on the New York Stock Exchange under the symbol "LDOS." Leidos Holdings, Inc. does not have a parent corporation, and there are no publicly held corporations that own 10% or more of Leidos Holdings, Inc.'s stock.

Hanford Mission Integration Solutions, LLC, is a limited liability corporation whose members are: (1) Leidos Integrated Technology, LLC; (2) Parsons Government Services Inc.; and (3) Centerra Group LLC (a subsidiary of Constellis).

Dated:  November 17, 2020            Respectfully submitted,

/s/ Douglas P. Lobel
Douglas P. Lobel, Esq.
Virginia State Bar Number 42329
David A. Vogel
Virginia State Bar Number 48971
Attorney for Leidos Integrated Technology, LLC
and Hanford Mission Integration Solutions, LLC
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone:  (703) 456-8000
Facsimile:   (703) 456-8100
Email:  dlobel@cooley.com
Email:  dvogel@cooley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of November, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Daniel Edward Johnson
>Covington & Burling LLP
>One City Center
>850 10th Street, NW
>Washington, DC 20001
>Email:  dejohnson@cov.com
>
>*Attorney for Plaintiff Professional Project Services, Inc.*

>/s/ Douglas P. Lobel
>Douglas P. Lobel
>Virginia State Bar Number 42329
>Attorney for Leidos Integrated Technology, LLC
>and Hanford Mission Integration Solutions, LLC
>COOLEY LLP
>11951 Freedom Drive
>Reston, Virginia 20190-5656
>Telephone:  (703) 456-8000
>Facsimile:   (703) 456-8100
>Email:  dlobel@cooley.com

238200074