IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:20-cv-01360__, Case Name __Professional Project Servs. v. Leidos Integrated Tech., et al.__
Party Represented by Applicant: __Leidos Integrated Technology and Hanford Mission Integration Solutions__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Daniel Joseph Grooms III__
Bar Identification Number __219124__   State __District of Columbia__
Firm Name __Cooley LLP__
Firm Phone # __(202) 842-7800__   Direct Dial # __(202) 776-2042__   FAX # __(202) 842-7899__
E-Mail Address __dgrooms@cooley.com__
Office Mailing Address __1299 Pennsylvania Ave., NW, Suite 700, Washington, DC 20004__
Name(s) of federal court(s) in which I have been admitted __U.S.D.C. for the District of Columbia, Fourth Circuit Court of Appeals, DC Court of Appeals__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Douglas P. Lobel   11/16/2020
(Signature)   (Date)
Douglas P. Lobel   42329
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __X__ kl __ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_Claude M. Hilton_   _Nov. 20, 2020_
(Judge's Signature)   (Date)