IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| PROFESSIONAL PROJECT SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:20-cv-01360-CMH-MSN |
| LEIDOS INTEGRATED TECHNOLOGY, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS LEIDOS INTEGRATED TECHNOLOGY, LLC
AND HANFORD MISSION INTEGRATION SOLUTIONS, LLC'S
<u>MOTION TO DISMISS UNDER RULE 12(b)(6)</u>**

Defendants Leidos Integrated Technology, LLC and Hanford Mission Integration Solutions, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court for an order dismissing Plaintiff Professional Project Services, Inc.'s Complaint with prejudice, on the grounds set forth in the accompanying Memorandum.

Dated:  December 3, 2020

Respectfully submitted,

/s/ Douglas P. Lobel
Douglas P. Lobel, Esq.
Virginia State Bar Number 42329
David A. Vogel
Virginia State Bar Number 48971
Attorney for Leidos Integrated Technology, LLC
and Hanford Mission Integration Solutions, LLC
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone:  (703) 456-8000
Facsimile:   (703) 456-8100
Email:  dlobel@cooley.com
Email:  dvogel@cooley.com

Daniel J. Grooms
*Admitted pro hac vice*
Attorney for Leidos Integrated Technology, LLC
and Hanford Mission Integration Solutions, LLC
COOLEY LLP
1299 Pennsylvania Ave, NW
Washington, D.C. 20004-2400
Telephone: (202) 842-7800
Facsimile:  (202-842-7899
Email:  dgrooms@cooley.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Daniel Edward Johnson
> Covington & Burling LLP
> One City Center
> 850 10th Street, NW
> Washington, DC 20001
> Email:  dejohnson@cov.com
>
> *Attorney for Plaintiff Professional Project Services, Inc.*

> /s/ Douglas P. Lobel
> Douglas P. Lobel
> Virginia State Bar Number 42329
> Attorney for Leidos Integrated Technology, LLC
> and Hanford Mission Integration Solutions, LLC
> COOLEY LLP
> 11951 Freedom Drive
> Reston, Virginia 20190-5656
> Telephone:  (703) 456-8000
> Facsimile:   (703) 456-8100
> Email:  dlobel@cooley.com

238545959