## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| PROFESSIONAL PROJECT SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-1360 ) |
| LEIDOS INTEGRATED TECHNOLOGY, LLC, ET AL. | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and Plaintiff's Motion for Leave to File a Surreply. It appears to the Court that Plaintiff's Complaint states a claim upon which recovery may be had, it is hereby

ORDERED that Defendants' Motion to Dismiss is DENIED. It is also

ORDERED that Plaintiff's Motion for Leave to File a Surreply is DENIED as moot.

_Claude M. Hilton_
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 19, 2021