IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PROFESSIONAL PROJECT SERVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> LEIDOS INTEGRATED TECHNOLOGY, LLC, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-01360-CMH-MSN |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Professional Project Services, Inc. and Defendants Leidos Integrated Technology, LLC and Hanford Mission Integration Solutions, LLC jointly stipulate to dismissal of this action with prejudice, and with each party to bear its own costs and fees.

Dated: April 15, 2021

Respectfully submitted,

| | |
|---|---|
| Daniel E. Johnson, Va. Bar No. 88696 <br> Evan R. Sherwood, Va. Bar No. 89564 <br> Attorneys for Professional Project Services, Inc. <br> Covington & Burling LLP <br> One CityCenter <br> 850 Tenth Street, NW <br> Washington, DC 20001 <br> Phone: 202-662-5224 <br> Fax: 202-778-5224 <br> dejohnson@cov.com <br> esherwood@cov.com | Douglas P. Lobel, Va. Bar No. 42329 <br> David A. Vogel, Va. Bar No. 48971 <br> Attorneys for Leidos Integrated Technology, LLC and Hanford Mission Integration Solutions, LLC <br> COOLEY LLP <br> 11951 Freedom Drive <br> Reston, Virginia 20190-5656 <br> Phone: 703-456-8000 <br> Fax: 703-456-8100 <br> dlobel@cooley.com <br> dvogel@cooley.com <br><br> Daniel J. Grooms III <br> *Admitted pro hac vice* |

1

        Attorney for Leidos Integrated Technology, LLC and Hanford Mission Integration Solutions, LLC
COOLEY LLP
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC  20004
Phone:  202-842-7800
Fax:   202-842-7899
dgrooms@cooley.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of April 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Douglas P. Lobel
        David A. Vogel
        Cooley LLP
        11951 Freedom Drive
        Reston, Virginia 20190-5656

        /s/
        Daniel E. Johnson, Va. Bar No. 88696
        Evan R. Sherwood, Va. Bar No. 89564
        Attorneys for Professional Project
        Services, Inc.
        Covington & Burling LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001
        Phone: 202-662-5224
        Fax: 202-778-5224
        dejohnson@cov.com
        esherwood@cov.com