IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PROFESSIONAL PROJECT SERVICES, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Case No. 1:20-cv-01360-CMH-MSN<br>) |
| LEIDOS INTEGRATED TECHNOLOGY, LLC,<br>*et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Professional Project Services, Inc. and Defendants Leidos Integrated Technology, LLC and Hanford Mission Integration Solutions, LLC jointly stipulate to dismissal of this action with prejudice, and with each party to bear its own costs and fees.

Dated: April 15, 2021                                          Respectfully submitted,

Daniel E. Johnson, Va. Bar No. 88696            Douglas P. Lobel, Va. Bar No. 42329
Evan R. Sherwood, Va. Bar No. 89564           David A. Vogel, Va. Bar No. 48971
Attorneys for Professional Project                     Attorneys for Leidos Integrated Technology,
Services, Inc.                                                        LLC and Hanford Mission Integration
Covington & Burling LLP                                  Solutions, LLC
One CityCenter                                                   COOLEY LLP
850 Tenth Street, NW                                        11951 Freedom Drive
Washington, DC 20001                                      Reston, Virginia 20190-5656
Phone: 202-662-5224                                        Phone: 703-456-8000
Fax: 202-778-5224                                            Fax: 703-456-8100
dejohnson@cov.com                                         dlobel@cooley.com
esherwood@cov.com                                       dvogel@cooley.com

                                                                          Daniel J. Grooms III
*So Ordered*                                                       *Admitted pro hac vice*
*Claude M. Hilton*
USDJ
June 9, 2021

1

                                              Attorney for Leidos Integrated Technology, LLC and Hanford Mission Integration Solutions, LLC
COOLEY LLP
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20004
Phone: 202-842-7800
Fax: 202-842-7899
dgrooms@cooley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of April 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

              Douglas P. Lobel
              David A. Vogel
              Cooley LLP
              11951 Freedom Drive
              Reston, Virginia 20190-5656

                                          /s/
                                          Daniel E. Johnson, Va. Bar No. 88696
                                          Evan R. Sherwood, Va. Bar No. 89564
                                          Attorneys for Professional Project
                                          Services, Inc.
                                          Covington & Burling LLP
                                          One CityCenter
                                          850 Tenth Street, NW
                                          Washington, DC 20001
                                          Phone: 202-662-5224
                                          Fax: 202-778-5224
                                          dejohnson@cov.com
                                          esherwood@cov.com